USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, SCHOLARSHIP FUND, and INDUSTRY TRAINING FUND,

Petitioners,

-against-

LUXURBAN HOTELS INC., f/k/a CORPHOUSING LLC and CORPHOUSING GROUP INC., d/b/a The Blakely New York,

Respondent.

1:25-cv-01701-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On September 19, 2025, Respondent filed a Notice of Bankruptcy and Notice of Automatic Stay [ECF No. 13], advising that on September 14, 2025, Respondent filed a chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York, commencing Case No. 25-12000. Accordingly,

IT IS HEREBY ORDERED that this matter is automatically stayed pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, due to the filing of the bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York under Case No. 25-12000. IT IS FURTHER ORDERED that Respondent shall file a status report on the Bankruptcy Case on or before December 22, 2025, and every three months thereafter, or within one week of the termination of the Bankruptcy Case or any order lifting the automatic stay with respect to this case.

**SO ORDERED.**

Date: September 22, 2025
New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge

1